Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Meghan E. George (SBN 274525)
mgeorge@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard St.
Suite 780
Woodland Hills, CA 91367
Tel: 877-206-4741
Fax: 866-633-0228
Attorneys for Plaintiff
JONATHAN LIZAMA

David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Shawn Eldridge (276581)
EldridgeS@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-2222
Attorneys for Defendant
MEDICAL DATA SYSTEMS, INC., dba
MEDICAL DATA REVENUE SYSTEM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LIZAMA,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDICAL DATA SYSTEMS, INC., dba MEDICAL DATA REVENUE SYSTEM; DOES 1-100 AND EACH OF THEM,<br><br>    Defendants. | Case No. 2:16-cv-02773-WBS-CKD<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served:        December 14, 2016<br>Current Response Due:    January 26, 2017<br>New Response Deadline:   February 9, 2017 |

IT IS HEREBY STIPULATED between Plaintiff JONATHAN LIZAMA ("Plaintiffs") and Defendants MEDICAL DATA SYSTEMS, INC. dba MEDICAL DATA REVENUE SYSTEM ("Defendant"), through their respective counsel, as follows:

{00060795;1} 08775.20

1

WHEREAS, Plaintiff served the Complaint on December 14, 2016;

WHEREAS, a Stipulation to Extend Time to Answer was filed on December 29, 2016, extending the deadline for Defendant to respond to January 26, 2017 [Docket No. 5];

WHEREAS, Defendant, due to the press of business, needs additional time to review documents to assist in an early resolution of the entire matter;

WHEREAS, Plaintiff and Defendant (hereinafter referred to as "Parties") have met and conferred and agree good cause exists to extend the deadline for Defendant to respond to Plaintiff's Complaint to February 9, 2017;

WHEREAS, no party claims prejudice as a result of the extension of time;

WHEREFORE, the Parties stipulate and agree that Defendant shall have an extension of time up to and including February 9, 2017 within which to respond to Plaintiff's Complaint.

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

Dated:  January 25, 2017         By: /s/ Adrian R. Bacon
                                     Adrian R. Bacon
                                     Attorney for Plaintiff
                                     JONATHAN LIZAMA

**CARLSON & MESSER, LLP**

Dated: January 25, 2017          By: /s/ Shawn Eldridge
                                     Shawn Eldridge
                                     Attorney for Defendant
                                     MEDICAL DATA SYSTEMS, INC., dba
                                     MEDICAL DATA REVENUE SYSTEM

**IT IS SO ORDERED.**

Dated:  January 26, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## ATTESTATION AND CERTIFCATE OF SERVICE

I, Shawn S. Eldridge, am the ECF user whose identification and password are being used to file the SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT, I hereby attest that all counsel whose electronic signatures in the SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated: January 25, 2017    By: /s Shawn Eldridge
　　　　　　　　　　　　　　Shawn Eldridge
　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　MEDICAL DATA SYSTEMS, INC., dba
　　　　　　　　　　　　　　MEDICAL DATA REVENUE SYSTEM

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2017, a true and correct copy of the foregoing SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT was served via the District Court ECF on the Following:

Todd M. Friedman
Meghan E. George
Adrian R. Bacon
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard St.
Suite 780
Woodland Hills, CA 91367
Tel: 877-206-4741
Fax: 866-633-0228
Email: tfriedman@toddflaw.com
         mgeorge@toddflaw.com
         abacon@toddflaw.com

**CARLSON & MESSER, LLP**

Dated: January 25, 2017           By: /s/ Shawn Eldridge
                                                David J. Kaminski
                                                Shawn Eldridge
                                                Attorneys for Defendant
                                                MEDICAL DATA SYSTEMS, INC., dba
                                                MEDICAL DATA REVENUE SYSTEM