# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LIZAMA individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICAL DATA SYSTEMS, INC. DBA MEDICAL REVENUE SYSTEM; DOES 1-100, AND EACH OF THEM,<br><br>Defendant. | CASE NO.: 2:16-cv-02773-WBS-CKD<br><br>**ORDER GRANTING JOINT STIPULATION RE: DISMISSAL OF ACTION AS TO DEFENDANT MEDICAL DATA SYSTEMS, INC, WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

The Court has reviewed the Stipulation to Dismiss of Plaintiff JONATHAN LIZAMA and Defendant MEDICAL DATA SYSTEMS, INC. DBA MEDICAL REVENUE SYSTEM. Good cause appearing, the Court grants the parties' Stipulation. This action is accordingly hereby dismissed as to JONATHAN LIZAMA, with prejudice, and the class action claims asserted in the lawsuit are hereby dismissed without prejudice, pursuant to FRCP 41(a)(1)(A).

IT IS SO ORDERED.

Dated: September 29, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE